IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                      MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                                      ORDER

This Document Relates To:

05-1896   VRW
_____/

    Plaintiffs are ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why this non-Warsaw case should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151).  Plaintiffs' writing is due on or before August 12, 2005.

    IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge