Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel.  (650) 592-5400
Fax.  (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MARSH, VALERIE MARSH, | No. C 05-1896 VRW   [MDL-1606] |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING DELTA AIR LINES, INC.'S MOTION FOR SANCTIONS, INCLUDING ATTORNEYS' FEES AND COSTS |
| vs. | |
| DELTA AIRLINES, INC., a corporation, a Corporation, DOE SEAT MANUFACTURER, and DOES 1 – 100, | |
| Defendants. | Honorable Vaughn R. Walker
Chief Judge |

The Court, having received and considered the Letter Motion for Administrative Relief filed April 14, 2008, and good cause appearing,

IT IS HEREBY ORDERED that:

1.   The May 1, 2008 hearing on the motion for sanctions filed by Delta Air Lines, Inc., shall be continued to May 8, 2008;

2.   The May 1, 2008 hearing on the Court's order to show cause re sanctions, shall be continued to May 8, 2008; and,

///
///
///

**CODDINGTON, HICKS & DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA 94065

[Proposed] Order Granting Motion for Administrative Relief
C 05-1896 VRW [MDL-1606]

3. The Court will consider any remaining issues in any remaining non-Warsaw DVT cases, if any, on May 8, 2008.

SO ORDERED.

Dated: April 15, 2008

UNITED STATES DISTRICT COURT
Judge Vaughn R Walker
NORTHERN DISTRICT OF CALIFORNIA

Honorable Vaughn R. Walker
United States District Chief Judge